THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| JOHN H. REDMOND IV,<br><br>   Plaintiff,<br><br>v.<br><br>STATE OF UTAH et al.,<br><br>   Defendants. | **MEMORANDUM DECISION<br>& DISMISSAL ORDER**<br><br><br>Case No. 2:21-CV-405-DBB<br><br>District Judge David Barlow |

   Plaintiff, John Redmond, an inmate at Salt Lake County Jail, filed a *pro se* civil rights complaint. *See* 42 U.S.C.S. § 1983 (2021). Because Plaintiff had, three or more prior times while incarcerated, filed an action dismissed as "frivolous or malicious or fail[ing] to state a claim upon which relief may be granted," 28 *id.* § 1915(g), the Court concluded that Plaintiff could not proceed *in forma pauperis* but must pay his entire $350 filing fee up front. (ECF No. 11 (Aug. 25, 2021).) The Court warned that Plaintiff's complaint would be dismissed unless he paid the full filing fee within thirty days. More than six months later, it remains unpaid and Plaintiff has been heard from only on November 16, 2021, on a minor unrelated matter, (ECF No. 12).

   IT IS THEREFORE ORDERED that this action is DISMISSED.

   DATED this 8th day of March, 2022.

   BY THE COURT:

   _____
   DAVID BARLOW
   United States District Judge